UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2009 DEC -7 PM 12: 20
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Peter D. Tyler
**PLAINTIFF**

6-09-CV-2052-ORL-31KRS

vs.

State of Florida, Administration Hearing Judge Jeff Clerk, Walt Disney World, Disney Counsel - Baker & Hostettler LLP
**DEFENDANT**

## COMPLAINT

Name: Peter D. Tyler

Address: P.O. Box 22315

Lake Buena Vista, FL. 32830

Phone No.: 860-678-6449

SCANNED

I would like to request for hearing against the State of Florida is not following the American Disability Act law and I am very concern about those issued that need to be brought up to your attention to get this major law issued to be resolved in federal court. One reason that Department of FCHR and State of Administration Hearing Judge is not following the ADA law under the federal law to provided Sign Language interrupter to be present.

I am letting you know that state of FCHR said that Judge of state administration hearing saying that that dept is supposed to provided one and I have contact them and they told me to contact the State Administration Hearing to provided one and I called the judge clerk back and spoken with Teresa as she is secretary told me to bring your own interrupter or get your own interrupter to be present in the court and she suggestion that I should talk with administration chief judge Harry Hopper and they will say that same things and going around and around and not allowed me to get sign language interrupter to be request it. I am having a hard time to get one that is not being provided one and it keep pointing to them and pointing back to other department and they are not playing those games and not doing right job correctly and I need your help to get it resolved it and clear this up that situation.

I have several issued with other Disney Counsel and Walt Disney World was not provided me interrupter and that is why there is a lot of problem that they are not getting very seriously issued to be resolved it. I need your help to fix it and correct that matter and I also need to have a meeting request to speak with you directly in the courtroom regarding of the Disney Counsel and Walt Disney World and State Administration Hearing Court Judge and Dept of FCHR to be resolved this matter and please request of hearing as soon as possible or show up the state court house to speak with state Judge Jeff Clerk about those issued and Chief Judge Harry Hopper to get it all resolved it.

Please read all of those documentation that I have provided it to you and have requesting for federal hearing to get it all issued to be resolved it. Would you please consideration of my request because of my ADA right is being violation and civil right is being violation and human right also being violation of the federal laws as we must follow it.

Thank you for your time and requesting to set up an hearing with state court on Thursday December 10, 2009 at 9 am and I would like to have someone there to clear up this matter of my right to be provided sign language interrupter being present.

Peter D. Tyler
Petitioner of EECO complaints

STATE OF FLORIDA
DIVISION OF ADMINISTRATIVE HEARINGS

PETER D. TYLER,

Petitioner,

vs.                                          CASE NO. 09-2547

WALT DISNEY WORLD,

Respondent.

## MOTION TO REQUEST THE ADA-AMERICAN DISABILITY ACT LAW TO BE FOLLOWED

1.) One reason that Judge his ruling with continue of hearing which is in violation of Federal Law without sign language interrupter being present during the video recording with two people that day.

Judge Jeff Creek, his violation of Federal law that told Disney Counselor not necessary to provide a sign language interrupter being present. Disney Counselor-Patrick M. Muldowney and Marilyn G. Moran is in violation of Federal Law Order, ADA Law is required any court attorney are responsible to provide one. As you know that Judge Jeff Creek, Patrick M. Muldowney, and Marilyn G. Moran will be charge of crime for not providing a sign language interrupter under Dept. of Justice ruling. We'll be consideration of violation of seriously crime on their behalf.

2.) State of Florida Dept of EEOC has mention to me today that Judge Jeff Creek is responsible to provide one not the State Dept. Human Division refused to provide one for my need or my request they keep talking that the judge is responsibility because it is State Judge job to do it.

Federal Law says that any court or attorney are responsible to provide one by the Federal Law under Dept. of Justice orders.

I have notice the state is appointed to the judge, each dept. keep telling that the judge is responsible to provide one. I cannot get one by any dept. because they keep pointing to the judge. The judge ruling to them. I have notice a lot it being fighting around and around without getting one. I am very upset. I am also upset with Disney Counselor, the judge and the State behavior also rejecting my right or my civil right is being violated under Dept. of Justice rules.

SCANNED

I am going to back off and file a complaint in Washington D.C. for the State of Florida violation of Federal Law for my civil right is being violated.

3.) I filed a complaint with the Bar Association against two Disney Counselors for Federal Law is being violated. Also filed a complain to with the Juridical committee against the state judge for one told Disney counselor is not required to provide one. The judge ruled to three depts., then those departments refuse to listen to the judge ruling. But judge violation under Federal Law of ADA, Human Rights Law, and Civil Rights Law include the Disney Counselor Patrick M. Muldowney, Marilyn G. Moran and Judge Jeff Creek for wrong doing of their action. Ignored my civil and human rights to request one. State won't comply with Federal Law is more above the state rules.

During the recording of video was not fair to provide a sign language interrupter being present. Marilyn G. Moran was mocking me because of my disability and she think it is funny with one. She act like the judge saying not necessary to provide one. Her behavior was mocking, laughing at me without a sign language interrupter being present. That behavior is not acceptable by Federal laws. We have three witness seen what Marilyn has said to me, other two. It is consideration violation my civil right.

I am here to let you know that all of these problems that they have done to me was not acceptable behavior. It was forward to Federal ADA inspector to review and comply my request is being granted as a violation.

Please review this request, very serious matters hurt a lot with my request is being denied by the judge and Disney Counselors.

Respectfully Submitted

Peter Tyler

Witness:

Kimo Bird

Mimi

## STATE OF FLORIDA
## DIVISION OF ADMINISTRATIVE HEARINGS

PETER D. TYLER,  )
                 )
Petitioner,      )
                 )
vs.              )    CASE NO. 09-2547
                 )
WALT DISNEY WORLD, )
                 )
Respondent.      )
_____)

### MOTION OF NOTICE OF PROVIDING COURT REPORTER TO RECORD FINAL HEARING NEED TO BE DENIED

Come now the Petitioner are asking to be denied because the first meeting that they had in the meeting without sign language interrupter was not present by Disney Counselor.

Disney Counselor violation of object of my disability right was a very serious crime for not following the ADA laws. Disney counselor Marilyn G, Moran is responsible to provide one. Who set this up by Disney counselor so: Marilyn Moran was mocking my disability right. Her behavior and written memo to the judge was not acceptable behavior. She did it right in front of two witnesses. Not proper behavior by her.

All the old videos needs to be redone because no interrupter was present by Disney counselor. Federal law has been setup for anything, including courts and companies must set one up. Court does it different. Right now I am not happy since it's a violation of my disability right.

I have spoken to EEOC in Washington D.C about the courts, attorneys and any government must provide one. Not allowed to say get your own interrupter, this is very insulting to disability and human rights.

I was informed that Orange County Attorney Bar Association mentioned to me that it is very serious violation under counselor license be the passed their license to present to do their job. My understanding that the State said that any lawyer are responsible to get one. Not the petitioner responsibility to do so.

Thank you for being understanding my rights. I do have the right to file the complaints against them for not allowing it.

Sincerely yours,

*Peter D. Tyler*
Peter D. Tyler

December 2, 2009

Baker & Hostelter LLP
SunTrust Center, Suite 2300
200 South Orange Avenue
P.O. Box 112
Orlando, Florida 32802-0112

RE: Tyler Vs. Walt Disney World

Dear Marilyn G. Moran and Patrick M. Muldowney,

I am writing this to let you know that I am consideration of violation by your attorney officer for not following the ADA law requirement. By Federal law said that we all in United States. Federal law said that anyone who set this up for interrupters is being know to set it up by DOAH hearing. The DOAH refused to set up the interrupter by their department and they keep going around blaming at department responsibility to be set up. I have contacted the judge clerk secretary said they that they are not responsible to set one up. The DOAH is responsible to set one up. They starting going around and around to give a hard time. I don't appreciate the judge clerk ruling is out of order because the DOAH told me that the court is responsible to set it up.

I am filing Orange County Bar Association against you and Patrick for not following the ADA law is being set up. The State of Florida is abusive against my disability right, civil right and human right. All of you and the judge clerk, State of Florida are not following Federal law at all.

I am filing complaints against the judge clerk for violation of ADA law because Jeff Clerk told Patrick that it is not necessary to provide one. That is serious violation and considered a crime for not following the ADA laws.

I have spoken with ADA in Washington D.C they are going to investigate on you and the State for serious violation of the ADA right laws. This is my right to file lawsuit against you, the State of Florida and Disney because they did the same thing what the state doing, including you guys also.

I will not agree of that kind of settlement by you at all. You will be hearing from the Federal ADA specialist and other department for violation of the laws. Sorry for not accepting the settlement.

Sincerely,

*[signature]*

Peter D. Tyler

December 1, 2009

Governor of State of Florida
Charlie Crist

Re: State of Florida is violation of my right be taken away by Disney, Attorney, Administration hearing from DOAH.

I, Peter D. Tyler, is requesting to set up a hearing to Governor for many reasons to resolve ADA Federal laws.

One reason that there is several issues by State of Florida on any department refused to provide a sign language interrupter being present. The State and department under Sate of Florida is blaming each department, court, attorney saying that not anyone job to do it. Appoint each department to blame for their responsible to set one up. They also blaming court also.

There is a lot of Deaf and hard of hearing people are very frustrated with county, city and state that keep telling them that is up to us to bring our own which is not the way the law is set up. When they refused to provide one case harmful to disability right, human right and civil rights as well.

We need to discuss this and a lot of issues going on with city, county, and State of Florida as well. I would like to set up a meeting with you about a lot of Deaf are be set up and abusive their innocent of their crime. I have seen it and terrible action by any staff thru state, county and city.

Would you please set up a hearing with sign language to be present before December 9th, 2009 as my request as urgent to be resolved thru out State of Florida.

Thank you for your consideration and request being made to be set up.

Sincerely,

Peter D. Tyler