**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PETER D. TYLER,**

     **Plaintiff,**

**-vs-**             **Case No. 6:09-cv-2052-Orl-31KRS**

**JEFF CLERK, WALT DISNEY WORLD,**
**BAKER & HOSTETLER, LLP,**

     **Defendants.**
_____

# ORDER

This cause comes before the Court on Application to Proceed *In Forma Pauperis* (Doc. No. 2) filed December 7, 2009.

On December 21, 2009, the United States Magistrate Judge issued a report (Doc. No. 6) recommending that the application be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

 1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

 2. The Application to Proceed *In Forma Pauperis* is **DENIED**.

 3. The Complaint is **DISMISSED**. The Plaintiff will have 20 days in which to file an Amended Complaint consistent with the Report and Recommendation. Plaintiff can renew his Application to Proceed *In Forma Pauperis* when he files his Amended Complaint.

 **DONE** and **ORDERED** in Chambers, Orlando, Florida on 11th day of January, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE